UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Civil Action No. 14-cv-04644-JSR |
| **Plaintiff,** | ECF CASE |
| v. | |
| **DARYL M. PAYTON, and BENJAMIN DURANT, III,** | |
| **Defendants.** | |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION *IN LIMINE* TO PRECLUDE ADMISSION OF IRRELEVANT, INADMISSIBLE, AND UNDULY PREJUDICIAL EVIDENCE

Plaintiff Securities and Exchange Commission (the "Commission"), by and through its undersigned counsel, hereby respectfully moves the Court *in limine* to Preclude Admission of Irrelevant, Inadmissible, and Unduly Prejudicial Evidence, and asks that the Court grant the relief set forth in the accompanying proposed form of order.

Dated:  September 14, 2015		Respectfully Submitted,


					SECURITIES AND EXCHANGE COMMISSION


					s/_____
					David L. Axelrod
					Scott A. Thompson
					Catherine E. Pappas
					A. Kristina Littman
					Counsel for Plaintiff
					One Penn Center
					1617 JFK Blvd, Suite 520
					Philadelphia, PA  19103
					(215) 597-3100