UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Civil Action No. 14-cv-04644-JSR |
| Plaintiff, | ECF CASE |
| v. | |
| **DARYL M. PAYTON, and BENJAMIN DURANT, III,** | |
| Defendants. | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION *IN LIMINE* TO PRECLUDE ADMISSION OF
<u>IRRELEVANT, INADMISSIBLE, AND UNDULY PREJUDICIAL EVIDENCE</u>**

Plaintiff Securities and Exchange Commission (the "Commission"), by and through its undersigned counsel, hereby respectfully moves the Court *in limine* to Preclude Admission of Irrelevant, Inadmissible, and Unduly Prejudicial Evidence, and asks that the Court grant the relief set forth in the accompanying proposed form of order.

Dated: September 14, 2015           Respectfully Submitted,


                                    SECURITIES AND EXCHANGE COMMISSION


                                    s/_____
                                    David L. Axelrod
                                    Scott A. Thompson
                                    Catherine E. Pappas
                                    A. Kristina Littman
                                    Counsel for Plaintiff
                                    One Penn Center
                                    1617 JFK Blvd, Suite 520
                                    Philadelphia, PA  19103
                                    (215) 597-3100