UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

        -v-

DARYL M. PAYTON and BENJAMIN DURANT III,

    Defendants.
------------------------------------x

14 Civ. 4644

ORDER

JED S. RAKOFF, U.S.D.J.

    During oral argument on motions in limine on February 1, 2016, the Court reserved decision on the question of whether plaintiff Securities and Exchange Commission (SEC) could use, for impeachment purposes, statements from the plea colloquy of defendant Daryl Payton made in connection with his now-vacated guilty plea. See Dkt. 99. The Court hereby denies the SEC's motion to use such statements for impeachment purposes. See Fed. R. Evid. 410.

    The Clerk of Court is directed to close docket entry 99.

SO ORDERED.

Dated: New York, NY
      February 4, 2016

                                   _____
                                   JED S. RAKOFF, U.S.D.J.